UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF A DEPOSITION SUBPOENA SERVED IN:<br><br>ALIGHT SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ALIGHT, INC.,<br><br>        Defendant. | Case No.   1:18-mc-46<br><br>[Related to Case No. 1:17-cv-07112 (GSF) Pending in the Northern District of Illinois]<br><br>ECF Case<br><br>**NOTICE OF NON-PARTY BLACKSTONE GROUP HOLDINGS L.P.'S MOTION TO QUASH DEFENDANT'S SUBPOENA** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Non-Party Blackstone Group Holdings L.P.'s Motion to Quash Defendant's Subpoena, dated February 8, 2018, Non-Party Blackstone Group Holdings L.P. ("Blackstone") will move this Court, on a date and time designated by this Court, for an Order granting Blackstone's motion to quash, and granting such other relief as the Court deems just and proper.

Dated: February 8, 2018

                                                           */s/Dale M. Cendali*
                                                     Dale M. Cendali
                                                     Claudia Ray
                                                     Jordan M. Romanoff
                                                     KIRKLAND & ELLIS LLP
                                                     601 Lexington Avenue
                                                     New York, New York 10022
                                                     Telephone: (212) 446-4800
                                                     dale.cendali@kirkland.com
                                                     claudia.ray@kirkland.com
                                                     jordan.romanoff@kirkland.com

                                                     *Attorneys for Movant*
                                                     *Blackstone Group Holdings L.P.*